UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                                      Plaintiff,

                                                                         <u>ORDER</u>

                                                                         11-MJ-658
                                                                         (Register # 21185-055)

                      v.

JOHN RENDSLAND

                                      Defendant.
_____

This Court committed the defendant John Rendsland ("Rendsland") to the custody of the Bureau of Prisons to determine if he could be returned to competency in order to proceed to trial, 18 U.S.C. § 4241(d)(1), by Order entered June 13, 2012.

By report of November 1, 2012, the Bureau of Prisons, at the Federal Medical Center, Butner, North Carolina, submitted a report to the Court that Rendsland remains incompetent to proceed to trial and the recommendation is that he should be involuntarily treated with psychotropic medications in order to restore him to competency.

Both counsel for the Government and for defendant Rendsland have received a copy of the report, and I expect the attorneys to file submissions with the Court within the next week to determine whether it will be necessary to have a hearing on the issue of forced medication of the defendant. If there is consent, that would eliminate the need for defendant to be forced to travel back to the Western District of New York, only to be returned relatively soon for treatment.

It is, therefore,

ORDERED that the Government, specifically the Federal Bureau of Prisons and the Federal Medical Center at Butner, North Carolina, retain defendant John Rendsland at his present facility until further order of this Court.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
      November 29, 2012.